**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Mic... .d N. Milby
Clerk of Court

**B - 0 4 - 1 1 0**

| | | |
|---|---|---|
| ANTONIO MAYORGA and VICTORIANA MAYORGA, *Plaintiffs* | § § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| DARREL RAY CUSHENBERY and CON-WAY NOW, INC., *Defendants* | § § § | JURY DEMANDED |

## DEFENDANTS NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, DARREL RAY CUSHENBERY and CON-WAY NOW, INC. (improperly named in this action as Con-Way Transportation Services, Inc.), Defendants in the above-entitled and numbered cause, and hereby file this their Notice of Removal of this action, Cause No. 2004-05-2780-G for Plaintiffs Antonio Mayorga and Victoriana Mayorga's Original Petition from the 404th Judicial District Court, Cameron County, Texas, where this action in now pending, to the District Court of the United States, in and for the Southern District of Texas, Brownsville Division. This Notice of Removal is filed pursuant to 28 U.S.C. § 1332(a) and 1441(b). Defendants show this Court as follows:

## I.
## INTRODUCTION

**1.0    Removed Action**

1.1    An action was commenced against Defendants Darrel Ray Cushenbery and Con-Way Now, Inc. (erroneously named as Conway Transportation Services, Inc.) in the 404th Judicial District Court of Cameron County, Texas. Plaintiffs' Original Petition was filed on May 25, 2004 bearing Cause No. 2004-05-2780-G and styled *Antonio Mayorga*

and *Victoriana Mayorga v. Darrel Ray Cushenbery and Con-Way Now, Inc.* (improperly named as Con-Way Transportation Services, Inc.). Plaintiffs served Defendant Darrel Ray Cushenbery on June 3, 2004 and Defendant Con-Way Now, Inc. on June 1, 2004. Plaintiffs seek personal injury damages allegedly arising from an automobile accident. This Court has jurisdiction over this matter due to diversity of the parties.

1.2    Defendants Darrel Ray Cushenbery and Con-Way Now, Inc. answered Plaintiffs' Original Petition on June 21, 2004.

2.0    **Parties**

2.1    Diversity jurisdiction exists as Plaintiffs are residents of Texas.

2.2    Defendant Darrel Ray Cushenbery is a resident of Kansas and Defendant Con-Way Now, Inc. (erroneously named Con-Way Transportation Services, Inc.) is a Delaware corporation with its principal place of business located in Michigan. Similarly, Con-Way Transportation, Inc. is a Delaware corporation with its principal place of business located in Michigan. Plaintiffs allege and recognize in their Original Petition that the Defendants are nonresidents.

3.0    **Jurisdiction**

3.1    This Notice of Removal is filed within thirty (30) days of the Defendants' receipt of the Citation and Petition and may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C §1332(a) and §1441(b).

3.2    The State Court in which this action was commenced is within this Court's District and Division.

3.3    The attorneys Jose E. Garcia and Francisco R. Villarreal of the firm of Garcia & Villarreal, L.L.P. have been retained to represent Defendant Darrel Ray Cushenbery

and Defendant Con-Way Now, Inc., the only Defendants named in this action, and both Defendants consent to this removal.

3.4     Plaintiffs have not specified the amount of damages sought in their Original Petition but believe in good faith they seek damages exceeding $75,000.00.

4.0     **Attachments in Accordance with the Local Rules**

In accordance with the Local Rules of U. S. Southern District of Texas, Defendants attach the following documents:

4.1     All executed process in the case are attached as Exhibit "1".

4.2     All pleadings are attached hereto as Exhibit "2".

4.3     All Orders signed by the State Court are attached hereto as Exhibit "3".

4.4     A docket sheet in this case is attached hereto as Exhibit "4".

4.5     A list of all counsel of record is attached as Exhibit "5".

4.6     An index of all matters filed is attached.

## II.
## CONCLUSION

This case should be maintained in this court based on diversity jurisdiction.

A Notice of Removal will be filed with the 404th Judicial District Court of Cameron County, Texas, and a copy of this Notice of Removal will also be served upon the counsel for Plaintiffs.

## III.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants Darrel Ray Cushenbery and Con-Way Now, Inc. erroneously named Con-Way Transportation Services, Inc.

pray that the above-described action in the 404th Judicial District of Cameron County, Texas be removed to this honorable Court and for such other and further relief to which these Defendants may be justly be entitled to receive.

Respectfully submitted,

**GARCIA & VILLARREAL, L.L.P.**
4311 North McColl Road
McAllen, Texas 78504
Telephone No.: (956) 630-0081
Telecopier No.: (956) 630-3631

By: _____

José E. Garcia
State Bar No. 07636780
Francisco R. Villarreal
State Bar No. 00789706
**ATTORNEYS FOR DEFENDANTS DARREL RAY CUSHENBERY AND CON-WAY NOW, INC.**

## CERTIFICATE OF SERVICE

I, JOSE E. GARCIA, hereby certify that on this 30th day of June, 2004, a true and correct copy of the foregoing document was forwarded via certified mail to the following counsel of record:

Javier Villarreal
**LAW OFFICE OF JAVIER VILLARREAL, PLLC**
765 East 7th Street, Suite A
Brownsville, Texas 78520

_____
Jose E. Garcia

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
FILED

JUN 3 0 2004

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| ANTONIO MAYORGA and VICTORIANA MAYORGA, *Plaintiffs* | § § § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | JURY DEMANDED |
| DARREL RAY CUSHENBERY and CON-WAY NOW, INC., *Defendants* | § § § | |

**B - 0 4 - 1 1 0**

## INDEX

1.  Notice of Removal with Jury Demand;

2.  Exhibit 1 – all executed process; Cause No. 2003-06-3352-C; *Antonio Mayorga and Victoriana Mayorga v. Darrel Ray Cushenbery and Con-Way Now, Inc.* (improperly named as Con-Way Transportation Services, Inc.); In the 404th Judicial District Court, Cameron County, Texas.

3.  Exhibit 2 – all pleadings not already included in Exhibit 1; Cause No. 2003-06-3352-C; *Antonio Mayorga and Victoriana Mayorga v. Darrel Ray Cushenbery and Con-Way Now, Inc.* (improperly named as Con-Way Transportation Services, Inc.); In the 404th Judicial District Court, Cameron County, Texas.

4.  Exhibit 3 – Orders signed by the State Court

5.  Exhibit 4 – Docket Sheet in this case

6.  Exhibit 5 – A list of all counsel of record

7.  Check No. 20307 from Garcia & Villarreal, L.L.P. in the amount of $150.00 payable to the U. S. District Clerk for the filing fee

# EXHIBIT "1"

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.004.01

No. 2004-05-002780-G

**ORIGINAL**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CON-WAY TRANSPORTATION SERVICES, INC.
    SERVING REGISTERED AGENT
    PRENTICE HALL CORPORATION SYS.
    701 BRAZOS STREET SUITE 1050
    AUSTIN, TEXAS 78701

the _____ DEFENDANT _____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on ___ MAY 25, 2004 ___.  A copy of same accompanies this citation.

The file number of said suit being No. 2004-05-002780-G.

The style of the case is:

ANTONIO MAYORGA ET AL.
VS.
DARREL RAY CUSHENBERY ET AL.

Said petition was filed in said court by _____ HON. JAVIER VILLARREAL (Attorney for _____ PLAINTIFF _____ ), whose address is 765 EAST SEVENTH ST. - STE. A BROWNSVILLE, TX. 78520 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 25th day of ___ MAY ___, A.D. 2004.

_____ AURORA DE LA GARZA _____ , DISTRICT CLERK

ATTACH RETURN RECEIPTS

**U.S. Postal Service**
**CERTIFIED MAIL™ RECE**
(Domestic Mail Only; No Insurance Cove

For delivery information visit our website at w

CON-WAY TRANSPORTATION SERV

**OFFICIAL**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  PRENTICE HALL CORPORAT

Street, Apt No. 701 BRAZOS STREET,
or PO Box No.

City, State, ZIP+4  AUSTIN, TEXAS 78

PS Form 3800, June 2002

7003 3110 0004 2089 5913

PRENTICE HALL CORPORATION SYSTEMS

7003 3110 0004 2089 5913

Citation for Personal Service - NON-RESIDENT NOTICE     Lit. Seq. # 5.003.01

No. 2004-05-002780-G

T H E   S T A T E   O F   T E X A S     **ORIGINAL**

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: DARREL RAY CUSHENBERY
    5248 SOUTH 179TH STREET WEST
    GODDARD, KANSAS 67052

the _____DEFENDANT_____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____PETITION_____ was filed on ____MAY 25, 2004____. A copy of same accompanies this citation.

The file number of said suit being No. 2004-05-002780-G.

The style of the case is:

ANTONIO MAYORGA ET AL.
VS.
DARREL RAY CUSHENBERY ET AL.

said petition was filed in said court by _____HON. JAVIER VILLARREAL (Attorney for _____PLAINTIFF_____ ), whose address is 765 EAST SEVENTH ST. - STE. A  BROWNSVILLE, TX. 78520 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 25th day of ____MAY____, A.D. 2004.

_____AURORA DE LA GARZA_____ , DISTRICT CLERK



# SEDGWICK COUNTY, KANSAS

## SHERIFF'S DEPARTMENT
### GARY STEED
#### Sheriff

**141 WEST ELM    *    WICHITA, KANSAS  67203    *    TELEPHONE: (316) 383-7264    *    FAX: (316) 383-7758**

# AFFIDAVIT OF SERVICE

**STATE OF KANSAS)**

**SEDGWICK COUNTY)**                    **CASE NUMBER:4 5 2780 G**

**Larry Kitterman D0742,** being of legal age and sworn upon his/her oath, deposed and says:

That the undersigned is a duly appointed, acting and qualified Deputy Sheriff of Sedgwick County, Kansas, an adult over the age of 21 years and is in no manner interested in this legal action.

That on the 3rd day of Juine, 2004, at 0950hrs., service was made on Darrel R. Cushenberry, with the delivery of the following legal documents Citation and Petition, at 5248 sS 179th St W, in Goddard, Sedgwick County, Kansas.  Service was made by handing or delivering to the following person, Darrel R. Cushenberry, personally, a true and correct copy of the above legal documents.

**GARY E. STEED**

Sheriff of Sedgwick Co., KS

By: _Larry Kitterman_ 742

Subscribed and sworn before me this 7th day of June, 2004.

_Marianne German_ D1165

NOTARY PUBLIC, SEDGWICK, CO. KS.

MY COMMISSION EXPIRES: 7-8-06

LOU ANNE GERMAN
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 7-8-06

FILED    4:08    O'CLOCK    M
AURORA DE LA GARZA DIST. CLERK
JUN 22 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

**SCANNED**

JUN 2 3 2004

# EXHIBIT "2"

FILED __3:20__ O'CLOCK __P__ M
AURORA DE LA GARZA DIST. CLERK

MAY 2 5 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_Reynaldo_ DEPUTY

NO. _2004-05-2780-G_

| | | |
|---|---|---|
| ANTONIO MAYORGA<br>AND VICTORIANA MAYORGA<br>Plaintiffs, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | _404th_ JUDICIAL DISTRICT |
| DARREL RAY CUSHENBERY AND<br>CON-WAY TRANSPORTATION<br>SERVICES, INC.,<br>Defendants | §<br>§<br>§<br>§<br>§ | OF CAMERON COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Antonio Mayorga and Victoriana Mayorga, hereinafter called Plaintiffs, complaining of and about Darrel Ray Cushenbery and Con-Way Transportation Services, Inc., hereinafter called Defendants, and for cause of action shows unto the Court the following:

### 1.

### DISCOVERY CONTROL PLAN LEVEL

1.1  Plaintiffs intend that discovery be conducted under Level 3 of Rule 190.4, of the Texas Rules of Civil Procedure.

### 2.

### PARTIES AND SERVICE

2.1  Plaintiffs, Antonio Mayorga and Victoriana Mayorga, are individuals who reside at 202 W. Monroe, Port Isabel, Texas 78578.

2.2  Defendant Darrel Ray Cushenbery, an individual, is a nonresident of the State of Texas and may be served with process at his home at the following address:  5248 South 179th Street West, Goddard, Kansas 67052.  Service of said Defendant as described above can be effected by personal delivery.

SCANNED
MAY 2 8 2004

2.3 Defendant Con-Way Transportation Services, Inc., a nonresident corporation, may be properly served through its registered agent, Prentice Hall Corporation Systems, located at 701 Brazos Street, Suite 1050, Austin, TX 78701. Service of said Defendant can be effected by certified mail, return receipt requested.

**3.**

**JURISDICTION AND VENUE**

3.1 The subject matter in controversy is within the jurisdictional limits of this court.

3.2 This court has jurisdiction over Defendant Darrel Ray Cushenbery, because said Defendant purposefully availed himself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant. Furthermore, the assumption of jurisdiction over Darrel Ray Cushenbery will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

3.3 This court has jurisdiction over Defendant Con-Way Transportation Services, Inc., because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant. Furthermore, the assumption of jurisdiction over Con-Way Transportation Services, Inc. will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

3.4 Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

**4.**

**FACTS**

4.1 On or about February 19, 2003, Plaintiff, Antonio Mayorga, was operating his 2001 Ford F-150 in a reasonable and prudent manner, exercising ordinary care for his

SCANNED

MAY 2 8 2004

safety and the safety of others.  Plaintiff was traveling on the 2200 block of South Frontage Road on the left turn lane.  While attempting to turn left, Plaintiff was suddenly and without warning struck by Defendant, Darrel Ray Cushenbery when said Defendant invaded Plaintiff's left lane in an attempt to turn his eighteen wheel tractor-trailer.

4.2  At the time of the collision, Defendant Darrel Ray Cushenbery was an employee of Defendant Con-Way Transportation Services, Inc. and was acting within the course and scope of his employment.

**5.**

### PLAINTIFFS' CLAIM OF NEGLIGENCE
### AGAINST DARREL RAY CUSHENBERY

5.1  Defendant Darrel Ray Cushenbery had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

5.2  Plaintiffs' injuries were proximately caused by Defendant Darrel Ray Cushenbery's negligent, careless and reckless disregard of said duty.

5.3  The negligent, careless and reckless disregard of duty of Defendant Darrel Ray Cushenbery consisted of, but is not limited to, the following acts and omissions:

  5.3.1  In that Defendant Darrel Ray Cushenbery failed to keep a proper lookout for Plaintiff's, Antonio Mayorga, safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

  5.3.2  In that Defendant Darrel Ray Cushenbery failed to turn his motor vehicle to the right in an effort to avoid the collision complained of;

  5.3.3  In that Defendant Darrel Ray Cushenbery operated his vehicle in Plaintiff's lane of traffic and failed to give Plaintiff at least one-half of the roadway; and

  5.3.4  In that Defendant Darrel Ray Cushenbery failed to keep such distance away from Plaintiffs' motor vehicle as a person using ordinary prudent care would have done.

SCANNED

MAY 2 8 2004

**6.**

### PLAINTIFFS' CLAIM OF
### NEGLIGENCE *PER SE* AGAINST DARREL RAY CUSHENBERY

6.1 Defendant, Darrel Ray Cushenbery, was negligent *per se* because he breached the Texas Transportation Code in the following ways:

6.1.1 In placing plaintiff, Antonio Mayorga, in a position of peril due to defendants lack of due care and exercise of ordinary prudence of a person of his maturity and capacity to such an extent as his conduct would result in willful or wanton disregard for the safety of the plaintiff (TEX. TRANSP. CODE § 545.401); and

6.1.2 In failing to maintain a proper lookout in order to avoid colliding with other vehicles as would have been done by an ordinary prudent person of the same age, experience, intelligence and capacity, in the exercise of ordinary care, acting in the same or similar circumstances, to such an extent as his conduct would result in the willful or wanton disregard for the safety of plaintiff, Antonio Mayorga. (TEX. TRANSP. CODE §§ 545.401, 545.062).

6.2 Each of the aforementioned negligent acts or omissions of Defendant, Darrel Ray Cushenbery, constituted a proximate cause of the collision, resulting in damages and injuries to the Plaintiffs.

**7.**

### PLAINTIFFS' CLAIM OF
### RESPONDEAT SUPERIOR AGAINST
### CON-WAY TRANSPORTATION SERVICES, INC.

7.1 At the time of the occurrence of the act in question and immediately prior thereto, Darrel Ray Cushenbery was within the course and scope of employment for Defendant Con-Way Transportation Services, Inc.

7.2 At the time of the occurrence of the act in question and immediately prior thereto, Darrel Ray Cushenbery was engaged in the furtherance of Defendant Con-Way Transportation Services, Inc.'s business.

7.3 At the time of the occurrence of the act in question and immediately prior thereto, Darrel Ray Cushenbery was engaged in accomplishing a task for which Darrel Ray Cushenbery was employed.

SCANNED

MAY 2 8 2004

7.4  Plaintiffs invokes the Doctrine of *Respondeat Superior* as against Defendant Con-Way Transportation Services, Inc.

**8.**

### PLAINTIFFS' CLAIM OF NEGLIGENT ENTRUSTMENT AGAINST CON-WAY TRANSPORTATION SERVICES, INC.

8.1  On February 19, 2003, Defendant Con-Way Transportation Services, Inc., was the owner of the vehicle operated by Darrel Ray Cushenbery.  Defendant Con-Way Transportation Services, Inc. entrusted the vehicle to Darrel Ray Cushenbery, a reckless and incompetent driver.  Defendant Con-Way Transportation Services, Inc. knew, or, through the exercise of reasonable care, should have known that Darrel Ray Cushenbery was a reckless and incompetent driver.  As described herein, Darrel Ray Cushenbery was negligent on the occasion in question.

8.2  Darrel Ray Cushenbery's negligence was the proximate cause of Plaintiffs' damages.

**9.**

### DAMAGES FOR PLAINTIFF, ANTONIO MAYORGA

9.1  As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Antonio Mayorga, suffered bodily injury. The Plaintiff's damages include, but are not limited to the following:

9.1.1  Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Antonio Mayorga for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

9.1.2  Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

9.1.3  Physical pain and suffering in the past and in the future;

9.1.4  Physical impairment in the past and, which, in all reasonable probability, will be suffered in the future;

SCANNED

MAY 2 8 2004

9.1.5  Loss of earnings in the past and, which, in all reasonable probability, will be suffered in the future;

9.1.6  Mental anguish in the past and in the future;

9.1.7  Fear of future disease or condition; and

9.1.8  Cost of medical monitoring and prevention in the future.

**10.**

**DAMAGES FOR PLAINTIFF, VICTORIANA MAYORGA**

10.1  As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Victoriana Mayorga, wife of Plaintiff Antonio Mayorga, suffered the following damages:

10.1.1  Loss of Consortium in the past, including damages to the family relationship, loss of care, comfort, solace, companionship, protection, services, and/or physical relations; and

10.1.2  Loss of Consortium in the future including damages to the family relationship, loss of care, comfort, solace, companionship, protection, services, and/or physical relations.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Antonio Mayorga and Victoriana Mayorga, respectfully pray that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiffs may be entitled at law or in equity.

SCANNED

MAY 2 8 2004

Respectfully Submitted,

**LAW OFFICE OF JAVIER VILLARREAL, PLLC**
765 East 7th Street, Suite A
Brownsville, Texas 78520
Tel: (956) 550-0888
Fax: (956) 550-0877

By: _____

Javier Villarreal
State Bar # 24028097
County Id. Number: 583801

**PLAINTIFFS HEREBY DEMANDS TRIAL BY JURY**

SCANNED

MAY 2 8 2004

LAW OFFICES OF
# JAVIER VILLARREAL, P.L.L.C.
765 East Seventh Street, Suite A • Brownsville, Texas 78520
Telephone: (956) 550-0888 • Facsimile: (956) 550-0877
texasattorney@hotmail.com

May 25, 2004

*Via hand delivery*

Mrs. Aurora De La Garza
Cameron County District Clerk
974 East Harrison
Brownsville, Texas 78520

Re:    *Antonio Mayorga and Victoriana Mayorga v. Darreal Ray Cushenberry and Conway Transportation Services, Inc.*

Dear Mrs. De La Garza:

Attached for filing please find Plaintiffs' Original Petition.  Please acknowledge receipt and filing of this petition by date-stamping the attached copy.  Furthermore, please prepare a citation for each defendant.  I respectfully request that defendant, Darrel Cushenberry's citation be returned to us for *personal service* and defendant Conway be served by *Certified Mail*.  I have attached the appropriate filing and jury fee.

Should you have any questions, please call the office at your earliest convenience.

Cordially yours,
LAW OFFICES OF JAVIER VILLARREAL, PLLC

Cynthia Paulin
Paralegal

encl.

# SCANNED
## MAY 2 8 2004



# Aurora De La Garza

**Cameron County District Clerk**
974 E. Harrison Street
Brownsville, Texas 78520
Office (956) 544-0838    Fax (956) 544-0841

## MEMORANDUM

**To Filing Clerk:** _Ezequiel_    **Date:** _5/25/04_

**Cause No:** _2004-05-2780-G_

**Please Prepare:**

☐ **Change Court to** _____
Continuing Jurisdiction in Cause No. _____

☐ Folder    ☐ Confidential

**Attorney Name:** _Javier Villarreal_    **ID#** _____

☐ Need File    ☐ Motion: _____ Filed

☑ Cit/Prec/Writ: _1_    Issued: _5/25/04_    Shf/Atty/CM: _____ $_____

☑ Cit/Prec/Writ: _1_    Issued: _5/25/04_    Shf/Atty/(CM:) _____ $_____

☐ Date Bond Approved: _____    S_____ the_____

Deposit $ _245⁰⁰_    Paid On: _5/__/___    B_ _Javier Villarreal_

Jury Fee $ _30⁰⁰_    Paid On: _5/__/___

_JF & DP 5/26/04 CLA 2032 mc_

**Reviewed by:** _____    **Return to:** _R. Lopez Jr_
                    **Deputy**                    **Deputy**

**JURY**

---

**To Court Clerk:** _____ _____ **District Court** **Date:** _____

**Please present to Judge:**

☐ Order    ☐ TRO    ☐ Protective Order

☐ Issue Process    ☐ Make D.E.    ☐ Make notation on Order of process issued.

☐ Give to    ☐ Sheriff    ☐ Attorney    ☐ Other

☐ Send copies to attorneys or parties entitled to copy.

☐ After issuing service, return to Main Office for Folder and Docket Entry

☐ Transfer to Jury Docket:
Jury Fee Paid by _____ On _____

☐ Other _____

**SCANNED**

MAY 2 8 2004
By: _____
                    Deputy

FILED ____10:14____ O'CLOCK ____A____ M
AURORA DE LA GARZA DIST. CLERK

JUN 2 1 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
____D. Vega____ LEZ ____DEPUTY

CAUSE NO. 2004-05-2780-G

| | | |
|---|---|---|
| ANTONIO MAYORGA and VICTORIANA | § | IN THE DISTRICT COURT OF |
| MAYORGA, *Plaintiffs* | § | |
| | § | |
| v. | § | CAMERON COUNTY, TEXAS |
| | § | |
| DARREL RAY CUSHENBERY and | § | |
| CON-WAY NOW, INC., *Defendants* | § | 404th JUDICIAL DISTRCT |

## DEFENDANTS DARREL RAY CRUSHENBERY AND CON-WAY NOW, INC.'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, DARREL RAY CUSHENBERRY and CON-WAY NOW, INC. (improperly named in this action as Con-Way Transportation Services, Inc.), hereinafter sometimes collectively referred to as "CON-WAY Defendants," Defendants in this cause, and file this their Original Answer to Plaintiffs' Original Petition, and in support thereof would respectfully show unto the Court the following:

## I.
### GENERAL DENIAL

CON-WAY Defendants, pursuant to Rule 92 of the Texas Rules of Civil Procedure, enter a general denial of the allegations contained in Plaintiffs' Original Petition and respectfully request that Plaintiffs be required to prove their charges by a preponderance of the evidence as required by the Constitution and law of the State of Texas. Defendants deny each and every material allegation in Plaintiffs' Original Petition and demand strict proof thereof.



## II.
## DEFENSES AND AFFIRMATIVE DEFENSES

2.1 For further answer, if any is needed, CON-WAY Defendants allege that Plaintiffs' claims are barred, in whole or part, due to Plaintiff Antonio Mayorga's own negligence in operating his motor vehicle. Plaintiffs Antonio Mayorga failed to use that degree of care and prudence that an ordinary, reasonably prudent person would have exercised under the same or similar circumstances. CON-WAY Defendants would further show that Plaintiff Antonio Mayorga's negligence was the sole proximate cause or, in the alternative, a proximate cause of Plaintiffs' damages asserted in this lawsuit.

## III.
## ATTORNEY IN CHARGE

3.1 Pursuant to Rule 7 of the Texas Rules of Civil Procedure, CON-WAY Defendants designate Jose E. Garcia of Garcia & Villarreal, L.L.P., 4311 North McColl Road, McAllen, Texas, 78504 as the attorney in charge. All communications from the court or other counsel with respect to the above-referenced civil cause shall be sent to the attorney in charge.

## IV.
## COURT REPORTER

4.1 CON-WAY Defendants respectfully request that a court reporter attend all sessions of Court in connection with this case, and that said court reporter take full notes of all testimony offered, together with any objections, rulings and remarks of the Court and exceptions thereto, and such other proceedings as may be needed or requested by Defendants. See *Christie v. Price*, 558 S.W.2d 922 (Tex.Civ.App.— Texarkana 1977, no writ).

---

# V.
## JURY DEMAND

5.1    Pursuant to Rule 216 of the Texas Rules of Civil Procedure, CON-WAY Defendants demand a jury trial and tender the appropriate statutory fee with this answer. This demand is timely as it is being made in advance of a trial setting.

**WHEREFORE, PREMISES CONSIDERED,** Defendants DARREL RAY CUSHENBERRY and CON-WAY NOW, INC. (improperly named in this action as Con-Way Transportation Services, Inc.) pray that Plaintiffs take nothing by their causes of action against these Defendants and that the Court award Defendants reasonable attorney's fees and court costs for the legal work expended to defend this action; and for all other relief, in law and in equity, to which Defendants may be justly entitled.

Respectfully submitted,

**GARCIA & VILLARREAL, L.L.P.**
4311 North McColl Road
McAllen, Texas 78504
Telephone No.: (956) 630-0081
Telecopier No.: (956) 630-3631

By: _____

José E. Garcia
State Bar No. 07636780
Francisco R. Villarreal
State Bar No. 00789706
**ATTORNEYS FOR DEFENDANTS DARELL RAY CUSHENBERRY AND CON-WAY NOW, INC.**

## CERTIFICATE OF SERVICE

I, FRANCISCO R. VILLARREAL, hereby certify that on this 21st day of June, 2004, a true and correct copy of the foregoing document was forwarded via certified mail to the following counsel of record:

Javier Villarreal
**LAW OFFICE OF JAVIER VILLARREAL, PLLC**
765 East 7th Street, Suite A
Brownsville, Texas 78520

_____
Francisco R. Villarreal

# EXHIBIT "3"
## (NO ORDERS)

**JURY**

# CIVIL DOCKET · JUDGE'S ENTRIES

RULE 26-TRCP

| DATE OF ORDERS | NAME OF PARTIES | ATTORNEYS | | KIND OF ACTION |
|---|---|---|---|---|
| | ANTONIO MAYORGA ET AL.<br><br>VS<br><br>DARREL RAY CUSHENBERRY ET AL. | 00583801<br>HON. JAVIER VILLARREAL<br>765 EAST SEVENTH ST. - STE. A<br>BROWNSVILLE, TX.    78520 0000 | 10) | NEGLIGENCE / DAMA |

COURT'S DOCKET (Rule 26, TRCP)

# EXHIBIT "5"

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ANTONIO MAYORGA and VICTORIANA<br>MAYORGA, *Plaintiffs* | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. _____ |
| | | JURY DEMANDED |
| DARREL RAY CUSHENBERY and<br>CON-WAY NOW, INC., *Defendants* | § <br> § <br> § | |

## LIST OF ALL COUNSEL

### Counsel For Plaintiffs Antonio Mayorga and Victoriana Mayorga:

Javier Villarreal
LAW OFFICE OF JAVIER VILLARREAL, PLLC
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone No.: (956) 550-0888

### Counsel for Defendants Carrel Ray Cushenbery and Con-Way Now, Inc.:

Jose E. Garcia
Francisco R. Villarreal
GARCIA & VILLARREAL, L.L.P.
4311 North McColl Road
McAllen, Texas 78504
Telephone No.: (956) 630-0081