IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND | § | |
| VICTORIANA MAYORGA | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-04-110 |
| | § | |
| v. | § | |
| | § | JURY REQUESTED |
| DARREL RAY CUSHENBERY | § | |
| AND CON-WAY NOW, INC. | § | |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PARTIES

TO:   The United States District Court for the Southern District of Texas, Brownsville Division.

Plaintiffs, Antonio Mayorga and Victoriana Mayorga, file this Certificate of Interested Parties, in accordance with Order for Conference and Disclosure of Interested Parties entered July 01, 2004.

The following is a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, and other entities that are financially interested in the outcome of this litigation:

1. **Plaintiff**

    Antonio Mayorga and Victoriana Mayorga

2. **Attorney for Plaintiff**

    Javier Villarreal
    Federal Bar No. 30384
    Texas Bar. No. 24028097
    765 East 7th Street, Suite A
    Brownsville, Texas 78520
    Tel. 956-550-0888
    Fax. 956-550-0877

3. **Defendants**

    3(a)   Darrel Ray Cushenbery
    3(b)   Con-way Now, Inc.

4. **Attorney for Defendants**

Jose E. Garcia
State Bar No. 07636780
Garcia & Villarreal, L.L.P.
4311 North McColl Road
McAllen, Texas 78504
Tel. 956-630-0081
Fax. 956-630-3631

Respectfully submitted,

LAW OFFICES OF JAVIER VILLARREAL, PLLC
765 East 7th Street, Suite A
Brownsville, Texas 78520
Phone: 956-550-0888
Fax:    956-550-0877

BY: _____
    Javier Villarreal
    State Bar No. 24028097
    Federal Bar No. 30384

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was forwarded in the manner described below to the following interested parties on this the ___ day of _____, 2004.

Via Certified Mail/Return Receipt Requested

Jose E. Garcia
Garcia & Villarreal, L.L.P.
4311 North McColl Road
McAllen, Texas 78504
Attorney for Defendant

_____
Javier Villarreal
Attorney for Plaintiff