United States District Court
Southern District of Texas
FILED

AUG 1 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA    Plaintiff, | § § § § | CIVIL ACTION NO. B-04-110 |
| v. | § § | JURY REQUESTED |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC.    Defendants. | § § § § | |

**JOINT REPORT ON MEETING REQUIRED BY RULE 26(F)
AND JOINT DISCOVERY/CASE MANAGEMENT PLAN**

1. State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended each party.

   *The meeting took place by phone on August 13, 2004.*

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   *None.*

3. Specify the allegation of federal jurisdiction.

   *Diversity Jurisdiction.*

4. Name the parties who disagree and the reasons.

   *The parties are in agreement with this proposed case management plan.*

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   *None known at this time.*

6. List anticipated interventions.

   *None known at this time.*

7. Describe class-action issues.

   *None.*

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   *It is agreed by the parties that initial disclosures will be exchanged by the parties by August 25, 2004.*

9. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).

      *Responses to all matters raised in Rule 26(f) will be addressed by August 20, 2004.*

   B. When and to whom the Plaintiff anticipates it may send interrogatories.

      *Plaintiffs will propound interrogatories on Defendants, Conway Now, Inc. and Darrel Ray Cushenberry, by September 6, 2004.*

   C. When and to whom the defendant anticipates it may send interrogatories.

      *Defendant will propound interrogatories on Plaintiffs by September 6, 2004.*

   D. Of whom and by when the plaintiff anticipates taking oral depositions.

      *Plaintiffs anticipates taking the oral depositions of Defendant, Conway Now, Inc.'s representatives, Defendant Darrel Ray Cushenberry and any other witnesses on or before December 31, 2004.*

   E. Of whom and by when defendant anticipates taking oral depositions.

      *Defendant anticipates taking the oral depositions of Plaintiff and any other witnesses on or before December 31, 2004.*

   F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsible experts and provide their reports.

      *March 1, 2005 for Plaintiff*

      *April 1, 2005 for Defendant*

G.  List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

*None at this time but Plaintiff anticipate taking expert depositions, if any, on or before April 30, 2005.*

H.  List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

*None at this time but Defendant anticipate taking expert depositions, if any, on or before May 31, 2005.*

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

    *None.*

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

    *None.*

12. State the date the planned discovery can reasonably be completed.

    *We anticipate that planned discovery can reasonably be completed by June 15, 2005.*

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    *The parties have discussed the issue of possibly mediating this case or discussing informal resolution at a later date after discovery and investigation has been completed.*

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    *Both parties are continuing to investigate this claim and the applicable defenses of the Defendant with an intent to evaluate the disposition of this matter as quickly as possible.*

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.

*The parties have discussed mediating this case at a later date after discovery and investigation has been conducted.*

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    *The parties* do not *agree to consent to trial before a Magistrate Judge.*

17. State whether a jury demand has been made and if it was made on time.

    *Parties have requested a jury for this case.*

18. Specify the number of hours it will take to present the evidence in this case.

    *The parties estimate 12-16 hours would be required to present the evidence in this case.*

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    *None.*

20. List other motions pending.

    *None.*

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    *None.*

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

    Signed on August 13, 2004.

By: _____
Javier Villarreal
Federal Bar No. 30384
Texas Bar. No. 24028097
765 East 7th Street, Suite A
Brownsville, Texas 78520
Tel. 956-550-0888
Fax. 956-550-0877

By: _____
Jose E. Garcia
State Bar No. 07636780
Garcia & Villarreal, L.L.P.
4311 North McColl Road
McAllen, Texas 78504
Tel. 956-630-0081
Fax. 956-630-3631