

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic    ■ Levesque |
| DATE | 08 / 30 / 04 |
| TIME | 10:55 a.m. — 11:18 a.m. |
| CIVIL ACTION | B / 04 / 110 |
| STYLE | ANTONIO MAYORGA, ET AL *versus* DARREL RAY CUSHENBERY, ET AL |

United States District Court
Southern District of Texas
FILED

AUG 30 2004

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■Initial Pre-Trial Conference;    (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):    Javier Villarreal
Attorney(s) for Defendant(s):    Francisco Pancho Villarreal

---

Comments:

Pl may need surgery. Damages could be up to 120,000. No evidence of prior injuries, mediation at first part of next year. Will need until almost June 2005 to complete discovery. Neurosurgeon is not available until January for deposition.

Def went through his version of the facts. He asserts Pl was negligent by going straight in a left turn only lane and in the process running into Def's truck.

Scheduling order will be entered.