| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

ANTONIO MAYORGA, ET AL §

vs. § Civil Action No. B-04-110

DARREL RAY CUSHENBERRY, ET AL §

United States District Court
Southern District of Texas
ENTERED

OCT 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### SCHEDULING ORDER

1. Trial: Estimated time to try: __2-3__ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:                                    10/29/2004
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   3/1/2005

4. The defendant's experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                    6/15/2005
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:                              7/15/2005

7. Joint pretrial order is due:                                       9/14/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  9/28/2005

9. Jury Selection is set for 9:00 a.m. on:                            10/12/2005
    *(The case will remain on standby until tried)*

Signed _October 19_____, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge