IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 4 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTONIO MAYORGA and VICTORIANA MAYORGA, *Plaintiffs* § § § | |
| v. § § | CIVIL ACTION NO. B-04-110 JURY DEMANDED |
| DARREL RAY CUSHENBERY and CON-WAY NOW, INC., *Defendants* § § | |

### DEFENDANTS DARREL RAY CUSHENBERY AND CONWAY NOW, INC. MOTION TO QUASH PLAINTIFFS' NOTICE OF INTENTION TO TAKE ORAL DEPOSITIONS AND FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Darrel Ray Cushenbery and Conway Now, Inc., Defendants in the above-entitled and numbered cause, and file this their Motion to Quash Plaintiffs' Notice of Intention to Take Oral Deposition of Darrel Ray Cushenbery and Conway Now, Inc., and for Protective Order, and in support thereof, would respectfully show as follows:

I.

On January 3, 2005, counsel for Defendants Darrel Ray Cushenbery and Conway Now, Inc., received Plaintiffs' Notice of Intention to Take Oral Depositions of Darrel Ray Cushenbery and Conway Now, Inc. A copy of Plaintiffs' deposition notices are attached hereto as Exhibit "1" and "2" incorporated herein as if fully set forth at length.

Plaintiffs' counsel has scheduled the depositions of Defendants' party and organizational witnesses for February 7, 2005. Darrel Ray Cushenbery is unavailable on February 7, 2005, in Brownsville, Texas as said date and location

are inconvenient and witness is unavailable. Defense Counsel had made Mr. Cushenbery available for deposition on January 4, 2005 pursuant to agreement. Plaintiff counsel has not requested the availability of defense counsel or the witnesses for February 7, 2005.

Defendant Darrell Ray Cushenbery resides in Goddard, Kansas and is a long haul driver. His route does not typically bring him near Brownsville, Texas.

The principal place of business for Conway Now, Inc. is Ann Arbor, Michigan and oral depositions of corporate representatives should ordinarily be taken at the corporation's principal place of business. <u>Moore v Pyrotech Corp.</u>, 137 FRD 356, 357 (D.KS 1991).

Pursuant to Rule 26 (c) of the Federal Rules of Civil Procedure, Defendants Darrel Ray Cushenbery and Conway Now, Inc. object to the date and time of the deposition as noticed by Plaintiff. Defendants Darrel Ray Cushenbery and Conway Now, Inc. seek this Court's protection and request that these depositions be quashed for the reasons stated herein.

II.

### Certificate of Conference

Counsel certifies that he has conferred with opposing counsel and diligent efforts are being made to present the above witnesses at mutually convenient and less expensive sites and times for all parties. This Motion for Protective Order is filed in an abundance of caution.

**WHEREFORE, PREMISES CONSIDERED**, Defendants Darrel Ray Cushenbery and Conway Now, Inc. respectfully request that this Honorable

Court quash Plaintiffs' Notice of Intention to Take Oral Deposition of Darrel Ray Cushenbery and Conway Now, Inc., and grant their Protective Order and, for such other and further relief to which they are justly entitled to receive.

                            Respectfully submitted,

                            **GARCIA & VILLARREAL, L.L.P.**
                            4311 North McColl
                            McAllen, Texas 78539
                            Telephone No. (956) 630-0081
                            Telecopy No. (956) 630-3631

By: _____/s/ FRVill_____
                            Francisco R. Villarreal
                            State Bar No. 00789706
                            Ted Rodriguez Jr.
                            State Bar No. 00788307

**ATTORNEYS FOR DEFENDANTS DARREL RAY CUSHENBERY AND CON-WAY NOW, INC.**

## CERTIFICATE OF SERVICE

I, Francisco R. Villarreal hereby certify that on this 3rd day of January 2005, a true and correct copy of the foregoing document was forwarded via certified mail, return receipt requested, and/or regular mail, and/or telephonic document transfer to the following counsel of record:

Javier Villarreal                    *Via Facsimile No. (956) 550-0877*
**LAW OFFICE OF JAVIER VILLARREAL, PLLC**
765 East 7th Street, Suite A
Brownsville, Texas 78520

_____
Francisco R. Villarreal

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND<br>VICTORIANA MAYORGA<br>   Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-110 |
| v. | §<br>§ | |
| DARREL RAY CUSHENBERY<br>AND CON-WAY NOW, INC.<br>   Defendants. | §<br>§<br>§<br>§ | |

**NOTICE OF DEPOSITION UPON ORAL AND VIDEO EXAMINATION
OF DARREL RAY CUSHENBERY**

TO:   **DARREL RAY CUSHENBERRY**, Defendant
      by and through their counsel of record,
      Jose E. Garcia
      GARCIA & VILLARREAL, L.L.P.
      4311 North McColl Road
      McAllen, Texas 78504

PLEASE TAKE NOTICE that Plaintiff, Antonio Mayorga will take the deposition upon oral examination of Defendant, Darrel Ray Cushenberry, before a person authorized by law to administer oaths at 765 East 7th Street, Suite A, Brownsville, Texas, on February 7, 2005, at 9:00 a.m.

Plaintiff hereby requests Darrel Ray Cushenberry to appear before this oral examination at the above time and place.

The deposition will continue from day to day until completed. You are at liberty to appear and examine the witness.

You are advised that this deposition will be recorded on videotape in addition to the usual stenographic recording.

Dated: 12/29/04

**LAW OFFICES OF JAVIER VILLARREAL, PLLC**
765 East Seventh Street, Suite A
Brownsville, Texas 78520
Tel. 956-550-0888
Fax 956-550-0877

By: _____
Javier Villarreal
Texas Bar No. 24028097
Federal Id No. 30384

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND<br>VICTORIANA MAYORGA<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-110 |
| v. | §<br>§ | |
| DARREL RAY CUSHENBERY<br>AND CON-WAY NOW, INC.<br>Defendants. | §<br>§<br>§<br>§ | |

**NOTICE OF DEPOSITION UPON ORAL AND VIDEO EXAMINATION
CORPORATE PARTY**

TO: **CON-WAY NOW, INC.**, Defendant
by and through their counsel of record,
Jose E. Garcia
GARCIA & VILLARREAL, L.L.P.
4311 North McColl Road
McAllen, Texas 78504

PLEASE TAKE NOTICE that Plaintiff, Antonio Mayorga will take the deposition upon oral examination of a CORPORATE REPRESENTATIVE OF CONWAY NOW, INC., before a person authorized by law to administer oaths pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. Said deposition will take place at 765 East 7th Street, Suite A, Brownsville, Texas, on February 7, 2005, at 1:00 p.m.

Plaintiff hereby directs CONWAY NOW, INC. to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf on each of the subject matters set forth below.

1. Conway Representative(s) most knowledgeable about Defendant, Darrel Cushenbery's **"Driver's Qualification File"** and its contents, pursuant to 49 C.F.R. § 391.51, including, but not limited to the following:

    A. Darrel Cushenbery's ("driver") application for employment according

to 49 C.F.R. § 391.21; driver's records § 391.23; driver's road and safety tests § 391.31(e); driver's licensing § 391.33; driver's annual review of driving records § 391.25(c)(2); driver's violations § 391.27; driver's medicals § 391.43(f); any letters under § 391.49;

2. Conway Representative(s) most knowledgeable about inspections, repairs, and maintenance pursuant to 49 C.F.R. § 396.3 of the tractor-trailer in question;

3. Conway Representative(s) most knowledgeable about Conway's policy regarding the reporting of traffic law violations by its drivers pursuant to 49 C.F.R. § 391.27;

4. Conway Representative(s) most knowledgeable about Conway's drug testing policy pursuant to 49 C.F.R. §§ 382.301 thru § 382.311; and

5. Conway Representative(s) most knowledgeable about Conway's policy regarding driver training; driver hiring and driver retention.

You are advised that this deposition will be recorded on videotape in addition to the usual stenographic recording.

The deposition will continue from day to day until completed. You are at liberty to appear and examine the witness.

Dated: 12/29/04

LAW OFFICES OF JAVIER VILLARREAL, PLLC
765 East Seventh Street, Suite A
Brownsville, Texas 78520
Tel. 956-550-0888
Fax 956-550-0877

By: _____
Javier Villarreal
Texas Bar No. 24028097
Federal Id No. 30384