IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA and VICTORIANA MAYORGA, *Plaintiffs* | § § § | |
| v. | § § § | CIVIL ACTION NO. B-04-110 JURY DEMANDED |
| DARREL RAY CUSHENBERY and CON-WAY NOW, INC., *Defendants* | § § | |

### ORDER GRANTING DEFENDANTS DARREL RAY CUSHENBERY AND CONWAY NOW, INC.'S MOTION TO QUASH PLAINTIFFS' NOTICE OF INTENTION TO TAKE ORAL DEPOSITIONS AND FOR PROTECTIVE ORDER

On the _____ day of _____, 2005, came on to be heard Defendants Darrel Ray Cushenbery and Conway Now, Inc.'s Motion to Quash Plaintiffs' Notice to Take Oral Depositions and for Protective Order, and after considering the evidence and argument of counsel for all parties, the Court is of the opinion that such motion should be, in all things, **GRANTED**. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that Defendants Darrel Ray Cushenbery and Conway Now, Inc.'s Motion to Quash Plaintiffs' Notice to Take Oral Depositions and for Protective Order in this cause be and is hereby in all things GRANTED.

SIGNED FOR ENTRY this _____ day of _____, 2005.

_____
JUDGE PRESIDING

**COPIES TO:**

Javier Villarreal
LAW OFFICE OF JAVIER VILLARREAL, PLLC
765 East 7th Street, Suite A
Brownsville, Texas 78520

Francisco R. Villarreal
GARCIA & VILLARREAL, L.L.P.
4311 North McColl
McAllen, Texas