IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORAGA, Plaintiffs | § § § § | |
| v. | § § | Civil Action NO. 04-110 |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC., Defendants | § § § § | |

## ORDER

BE IT REMEMBERED that on January 6, 2005, the Court **SCHEDULED** a hearing to address Defendants' Motion to Quash Plaintiffs' Notice of Intention to Take Oral Depositions and for Protective Order [Dkt. No. 7]. Defendants file this motion pursuant to Federal Rule of Civil Procedure 26(c)(2). Defendants assert they received Plaintiffs' Notice of Intention to Take Oral Depositions of Darrel Ray Cushenbery and Con-way Now, Inc. on January 3, 2005. The depositions are scheduled for February 7, 2005. Plaintiffs have not yet filed a response, but should do so no later than 4:00 p.m. on Friday, January 21, 2005.

The hearing is **SCHEDULED** for January 24, 2005, at 11:00 a.m. The parties are **ORDERED** to notify the Court immediately if they resolve the issue prior to the scheduled hearing.

DONE this 6th day of January, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge