LAW OFFICES OF
# JAVIER VILLARREAL, P.L.L.C.
765 E. 7th St, Ste A • Brownsville, Texas 78520
Telephone: (956) 550-0888 • Facsimile: (956) 550-0877

December 16, 2004

*Via Facsimile (956) 630-3631*
Francisco R. Villarreal
GARCIA & VILLARREAL, LLP
4311 North McColl Road
McAllen, Texas 78504

Re: **Antonio and Victoriana Mayorga v. Conway Now, Inc. et al;** Civil Action No. B-04-110; In the Southern District of Texas, Brownsville Division

Dear Francisco:

Per our Rule 29 Agreement, we have extended the deadline to depose the witness in this case to February 15, 2005. I am hereby requesting dates in the latter part of January to depose the following individuals:

Notice of Oral Deposition:
- Darrel Cushenbery
- Jolinne Cushenbery

Notice of Oral Deposition with Subpoena Duces Tecum :
- Conway Representative(s) most knowledgeable about Darrel Cushenbery's qualification pursuant to 49 C.F.R. § 391.51, including:

    Darrel Cushenbery's ("driver") application for employment according to 49 C.F.R. § 391.21; driver's records § 391.23; driver's road and safety tests § 391.31(e); driver's licensing § 391.33; driver's annual review of driving records § 391.25(c)(2); driver's violations § 391.27; driver's medicals § 391.43(f); any letters under § 391.49;

- Conway Representative(s) most knowledgeable about inspections, repairs, and maintenance pursuant to 49 C.F.R. § 396.3 on tractor-trailer in question;

- Conway Representative(s) most knowledgeable about Conway's policy regarding the reporting of traffic law violations by its drivers pursuant to 49 C.F.R. § 391.27;

- Conway Representative(s) most knowledgeable about Conway's drug testing policy pursuant to 49 C.F.R. §§ 382.301 thru § 382.311.


EXHIBIT 1

- Conway Representative(s) most knowledgeable about Conway's policy regarding driver training; driver hiring and driver retention.

I am of the understanding that Mr. Cushenbery and his wife live in Kansas and that Conway is based out of Oregon. I have no problem scheduling depositions in their respective states. However, if there is anyway of conducting these depositions in Texas, it would save us time and money.

Due to the deadlines imposed to take the depositions, I kindly request that you contact my office no later than next week with dates and locations for these proposed depositions. I will then fax and mail you my formal notices. Please advise whether you will agree to produce Mrs. Cushenbery.

Please contact me if you foresee any problems in producing the documentation from Conway. I am assuming that Conway has kept all of the records in compliance with the aforementioned federal regulations. Please advise if producing or gathering these documents will posse a problem or if you are of a different opinion.

Very truly yours,
LAW OFFICES OF JAVIER VILLARREAL, PLLC

Javier Villarreal