IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND | § | |
| VICTORIANA MAYORGA | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-04-110 |
| | § | |
| v. | § | |
| | § | |
| DARREL RAY CUSHENBERY | § | |
| AND CON-WAY NOW, INC. | § | |
| Defendants. | § | |

## NOTICE OF DEPOSITION UPON ORAL AND VIDEO EXAMINATION OF DARREL RAY CUSHENBERY

TO: **DARREL RAY CUSHENBERRY**, Defendant
by and through their counsel of record,
Jose E. Garcia
GARCIA & VILLARREAL, L.L.P.
4311 North McColl Road
McAllen, Texas 78504

PLEASE TAKE NOTICE that Plaintiff, Antonio Mayorga will take the deposition upon oral examination of Defendant, Darrel Ray Cushenberry, before a person authorized by law to administer oaths at 765 East 7th Street, Suite A, Brownsville, Texas, on February 7, 2005, at 9:00 a.m.

Plaintiff hereby requests Darrel Ray Cushenberry to appear before this oral examination at the above time and place.

The deposition will continue from day to day until completed. You are at liberty to appear and examine the witness.

You are advised that this deposition will be recorded on videotape in addition to the usual stenographic recording.



EXHIBIT 2

Dated: 12/29/04

**LAW OFFICES OF JAVIER VILLARREAL, PLLC**
765 East Seventh Street, Suite A
Brownsville, Texas 78520
Tel. 956-550-0888
Fax 956-550-0877

By: _____
Javier Villarreal
Texas Bar No. 24028097
Federal Id No. 30384