IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND | § | |
| VICTORIANA MAYORGA | § | |
|     Plaintiff, | § | CIVIL ACTION NO. B-04-110 |
| | § | |
| v. | § | |
| | § | |
| DARREL RAY CUSHENBERY | § | |
| AND CON-WAY NOW, INC. | § | |
|     Defendants. | § | |

---

### NOTICE OF DEPOSITION UPON ORAL AND VIDEO EXAMINATION
### CORPORATE PARTY

---

TO:   **CON-WAY NOW, INC.**, Defendant
      by and through their counsel of record,
      Jose E. Garcia
      GARCIA & VILLARREAL, L.L.P.
      4311 North McColl Road
      McAllen, Texas 78504

PLEASE TAKE NOTICE that Plaintiff, Antonio Mayorga will take the deposition upon oral examination of a CORPORATE REPRESENTATIVE OF CONWAY NOW, INC., before a person authorized by law to administer oaths pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. Said deposition will take place at 765 East 7th Street, Suite A, Brownsville, Texas, on February 7, 2005, at 1:00 p.m.

Plaintiff hereby directs CONWAY NOW, INC. to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf on each of the subject matters set forth below.

1.    Conway Representative(s) most knowledgeable about Defendant, Darrel Cushenbery's **"Driver's Qualification File"** and its contents, pursuant to 49 C.F.R. § 391.51, including, but not limited to the following:

      A.    Darrel Cushenbery's ("driver") application for employment according



**EXHIBIT**

3

to 49 C.F.R. § 391.21; driver's records § 391.23; driver's road and safety tests § 391.31(e); driver's licensing § 391.33; driver's annual review of driving records § 391.25(c)(2); driver's violations § 391.27; driver's medicals § 391.43(f); any letters under § 391.49;

2.  Conway Representative(s) most knowledgeable about inspections, repairs, and maintenance pursuant to 49 C.F.R. § 396.3 of the tractor-trailer in question;

3.  Conway Representative(s) most knowledgeable about Conway's policy regarding the reporting of traffic law violations by its drivers pursuant to 49 C.F.R. § 391.27;

4.  Conway Representative(s) most knowledgeable about Conway's drug testing policy pursuant to 49 C.F.R. §§ 382.301 thru § 382.311; and

5.  Conway Representative(s) most knowledgeable about Conway's policy regarding driver training; driver hiring and driver retention.

You are advised that this deposition will be recorded on videotape in addition to the usual stenographic recording.

The deposition will continue from day to day until completed. You are at liberty to appear and examine the witness.

Dated: 12/29/04

LAW OFFICES OF JAVIER VILLARREAL, PLLC
765 East Seventh Street, Suite A
Brownsville, Texas 78520
Tel. 956-550-0888
Fax 956-550-0877

By: _____
Javier Villarreal
Texas Bar No. 24028097
Federal Id No. 30384