IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 8 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTONIO MAYORGA and § | |
| VICTORIANA MAYORGA, § | |
| *Plaintiffs* § | |
| § | |
| v. § | CIVIL ACTION NO. B-04-110 |
| § | JURY DEMANDED |
| DARREL RAY CUSHENBERY and § | |
| CON-WAY NOW, INC., *Defendants* § | |

### DEFENDANTS DARREL RAY CUSHENBERY AND CONWAY NOW, INC. REPLY TO PLAINTIFFS RESPONSE TO DEFENDANTS' MOTION TO QUASH PLAINTIFFS' NOTICE OF INTENTION TO TAKE ORAL DEPOSITIONS AND FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Darrel Ray Cushenbery and Con-Way Now, Inc., Defendants in the above-entitled and numbered cause, and make and file this their Reply to Plaintiffs' Responses to Defendants Darrel Ray Cushenbery and Con-Way Now, Inc.'s Motion to Quash Plaintiffs' Notice of Intention to Take Oral Deposition of Darrel Ray Cushenbery and Conway Now, Inc., and for Protective Order, and in support thereof, would respectfully show as follows:

I.

### Background

The parties have agreed to take the deposition of Darrel Ray Cushenbery and Jolene Cushenbery, a non-party witness, on January 19, 2005 in Oklahoma City, making this matter moot. Exhibit 1. The only matter pending before this Court would be the deposition of Con-Way Now, Inc.'s corporate representative

currently noticed for February 7, 2005 at Plaintiffs' counsel's office in Brownsville, Texas.

## II.

## Evidence

Defendants attach and incorporate herein the following documents to be used as evidence in support of Defendants' Motion to Quash and for Protective Order:

1. Correspondence from Javier Villarreal dated January 11, 2005;
2. Correspondence from Ted Rodriguez, Jr. dated January 10, 2005;
3. Affidavit of Karyn Vorwaller.

## III.

Plaintiffs' counsel acknowledges that there is a presumption that a Defendant should be examined at his residence or personal place of business. *Turner v. Prudential Ins. Co.*, 119 FRD.,381, 383 (M.D.N.C. 1988); *Resolution Trust Corp. v. Worldwide Insurance Management Corp.*, 147 FRD, 125, 127 (ND.TEX. 1992). The deposition of a corporation through its agents or officers should normally be taken at the principal place of business of the corporation. *Id.*; *Moore v. Pyrotech Corp.*, 137 FRD., 356, 357 (D.KAN. 1991). The *Resolution Trust* Court recognizes there are factors that may overcome the presumption to persuade the Court to permit deposition elsewhere. In *Resolution Trust Corp.* the Court ordered that the depositions of the Defendant's corporate representative, a London resident, be held in Dallas, Texas because the defendant was a Texas corporation and maintained a principal place of business

in Dallas, Texas. *Resolution Trust Corp.,* 147 FRD. at 128. The Court also found it significant that there had been a serious lack of cooperation between the parties leading the Court to believe that discovery disputes would arise necessitating resolution by the forum Court. *Id.* These factors are not present in the case at bar.

The Court should consider that Defendant Con-Way Now, Inc. has no facilities in Texas much less a principal place of business. There have been no significant discovery disputes and none are anticipated necessitating the resolution by this Honorable Court. Exhibit 2. Plaintiffs have chosen to sue Defendants who are not residents of Texas. Plaintiffs allege liability of Defendant Con-Way Now, Inc. under theories of respondeat superior and negligent entrustment. Should this matter proceed to trial, Defendants will be forced to travel to Brownsville, Texas to defend themselves, thus necessitating a second trip and set of expenses. These inequities favor the Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Defendants Darrel Ray Cushenbery and Conway Now, Inc. respectfully request that this Honorable Court grant Defendants Motion to Quash and enter a Protective Order against the deposition of Defendant Con-Way Now, Inc. and order that Plaintiffs take Con-Way Now, Inc.'s corporate representatives deposition in Ann Arbor, Michigan at a reasonable date, time, and location, and for such other and further relief to which they are justly entitled to receive.

Respectfully submitted,

By: *[signature: Ted Rodriguez]*
Jose E. Garcia
State Bar No.
Francisco R. Villarreal
State Bar No. 00789706
Ted Rodriguez Jr.
State Bar No. 00788307
**GARCIA & VILLARREAL, L.L.P.**
4311 North McColl
McAllen, Texas 78539
Telephone No. (956) 630-0081
Telecopier No. (956) 630-3631

**ATTORNEYS FOR DEFENDANTS
DARREL RAY CUSHENBERY AND
CON-WAY NOW, INC.**

## CERTIFICATE OF SERVICE

I, Francisco R. Villarreal hereby certify that on this 14th day of January 2005, a true and correct copy of the foregoing document was forwarded via certified mail, return receipt requested, and/or regular mail, and/or telephonic document transfer to the following counsel of record:

Javier Villarreal                                *Via Facsimile No. (956) 550-0877*
**LAW OFFICE OF JAVIER VILLARREAL, PLLC**
765 East 7th Street, Suite A
Brownsville, Texas 78520

_____
Francisco R. Villarreal