## LAW OFFICES OF
# JAVIER VILLARREAL, P.L.L.C.

765 E. 7th St, Ste A • Brownsville, Texas 78520
Telephone: (956) 550-0888 • Facsimile: (956) 550-0877

January 11, 2005

Ted Rodriguez, Jr.     *Via Facsimile (956) 630-3631*
GARCIA & VILLARREAL, LLP
4311 North McColl Road
McAllen, Texas 78504

Re:   Antonio and Victoriana Mayorga v. Conway Now, Inc. et al; Civil Action No. B-04-110; In the Southern District of Texas, Brownsville Division

Dear Ted:

I am in receipt of your letter dated January 11, 2005. I don't see how my letter is "substantially" different from anything I have said before. The bottom line is I need to depose the Cushenberys and Conway, and I do not want to travel out-of-state twice.

I spoke to Francisco Villarreal earlier and he stated he would try to get Conway to Brownsville. Given this information, I have scheduled a deposition on January 19, 2005, in Oklahoma City at 11:00 am at the following location:

> **Bryant Reporting**
> 3131 Northwest Expressway
> Oklahoma City, OK 73104
> 405-232-5113
> Voice: 918-583-5520
> Toll-free: 800-811-3376
> Fax: 918-712-1791

Please make both Darrel Cushenbery and Jolene Cushenbery available for deposition on this date. Per our conversation today, it is agreed that each party will bear their own expense.

Very truly yours,
LAW OFFICES OF JAVIER VILLARREAL, PLLC

Javier Villarreal



Exh 1

# LAW OFFICES OF
# JAVIER VILLARREAL, PLLC

765 East 7th Street - Suite A • Brownsville, Texas 78520
Telephone: (956) 550-0888 • Facsimile: (956) 550-0877

## Facsimile Transmittal Letter

| Attention: Ted Rodriguez | From: Javier Villarreal |
|---|---|
| Office: Garcia & Villarreal, LLP | Date: 01/11/05 |
| Phone Number: | Re: |
| Fax Number: (956) 630-3631 | Claim No.: |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please Comment
- ☐ Please review
- ☐ For your information

Total pages, including cover: 2

**Comments:**

| |
|---|
| |
| |

### NOTICE OF CONFIDENTIALITY

ALL INFORMATION CONTAINED IN AND TRANSMITTED WITH THIS FACSIMILE IS CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS. YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE OF THE CONTENTS OF THIS TELECOPY INFORMATION IS STRICTLY PROHIBITED. THANK YOU.