# GARCIA & VILLARREAL, L.L.P.
## Attorneys at Law

| | | |
|---|---|---|
| José E. Garcia<br>Francisco R. Villarreal<br>Ted Rodriguez, Jr.<br>Chad W. Tolar<br>Carlos M. Yzaguirre | 4311 N. McColl Rd.<br>McAllen, Texas 78504 | Telephone: 956-630-0081<br>Facsimile: 956-630-3631 |

January 11, 2005

Mr. Javier Villarreal            *Via Facsimile No. (956) 550-0877*
**LAW OFFICE OF JAVIER VILLARREAL, PLLC**
765 East 7th Street, Suite A
Brownsville, Texas 78520

     Re:    Civil Action No.: B-04-110
              *Antonio Mayorga and Victoriana Mayorga v. Darrel Ray Cushenbery*
              *and Con-Way Now, Inc.*

Dear Mr. Villarreal:

     I am in receipt of your letter dated January 11, 2005. Your letter is substantially different than what we talked about the day before. Darrel and Jolene Cushenbery will be made available for deposition in Oklahoma City on January 19th. Yesterday you agreed you would travel to Oklahoma City to depose them there. I indicated to you that I am trying to have the Corporate Representative available in Oklahoma City so that all depositions can be done at one time. I understand your concern that you want the documents before you depose the Con-Way Corporate Representative. However, I reiterated to you on the phone that I did not know if the Corporate Representative would be available along with the documents at that time. You stated that you would leave it up to the Court to determine if a Corporate Representative should travel to Brownsville. I agreed that this might be the way to resolve this if it cannot be resolved beforehand. I am trying to save you a second out-of-state trip and attempting to meet you halfway. Remember that I explained to you that the principal place of business for Con-Way Now, Inc. is in Ann Arbor, Michigan.

     Please understand that Darrel Cushenbery and his wife, Jolene are long-haul truck drivers. They have put off work since January 4, 2005 and are not going to work through January 20, 2005 in order to give you the opportunity to depose them. Once they begin driving, they will be out-of-pocket for approximately one (1) month to six (6) weeks. They drive all over the country and we may be forced to take their deposition at a less convenient location. I appreciate the dilemma of having to go out of state to take these depositions, but unfortunately, both Defendants in this lawsuit are out-of-state Defendants.



Exh 2

Mr. Javier Villarreal
January 11, 2005
Page 2

Please let me know as soon as possible, the time and location where you plan to depose Darrel and Jolene Cushenbery on **January 19, 2005** in Oklahoma City. If you do not plan to depose them, please let me know so that I can advise them they may return to work and earn a living as they are entitled to do.

Thank you for your attention to this matter.

Sincerely,

GARCIA & VILLARREAL, L.L.P.

Ted Rodriguez, Jr.

TRJ:pak

# GARCIA & VILLARREAL, L.L.P.
### Attorneys at Law

| | | |
|---|---|---|
| José E. Garcia<br>Francisco R. Villarreal<br>Ted Rodriguez, Jr.<br>Chad W. Tolar<br>Carlos M. Yzaguirre | 4311 N. McColl Rd.<br>McAllen, Texas 78504 | Telephone: 956-630-0081<br>Facsimile: 956-630-3631 |

## FACSIMILE TRANSMISSION
## COVER SHEET

To: *Javier Villarreal*       Fax Number: *956-550-0877*

Re: *Mazorga v. Con-Way*

From: *Ted Rodriguez, Jr.*       File Number: _____

Message: _____

Operator: *Phyllis Kirk*       Date: *1/11/05*

This transmission consists of *3* pages, including this page.

___ Original Will Follow     _X_ Original Will Not Follow

IMPORTANT: This information contained in this facsimile is confidential. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this facsimile in error please immediately notify us by telephone, and return the original message to us at the addresses above via the U.S. Postal Service. In the event the enclosed document is received incomplete, please contact our office. Thank you.

Confirmation Report - Memory Send

```
                                    Page       : 001
                                    Date & Time: 01-11-2005  02:21pm
                                    Line 1     : +6303631
                                    Line 2     :
                                    E-mail     :
                                    Machine ID : joe garcia
```

| | |
|---|---|
| Job number | : 513 |
| Date | : 01-11 02:20pm |
| To | : ☎5500877 |
| Number of pages | : 003 |
| Start time | : 01-11 02:20pm |
| End time | : 01-11 02:21pm |
| Pages sent | : 003 |
| Status | : OK |
| Job number | : 513 |

\*\*\* SEND SUCCESSFUL \*\*\*

## GARCIA & VILLARREAL, L.L.P.
### Attorneys at Law

José E. Garcia
Francisco R. Villarreal
Ted Rodriguez, Jr.
Chad W. Tolar
Carlos M. Yzaguirre

4311 N. McColl Rd.
McAllen, Texas 78504

Telephone: 956-630-0081
Facsimile: 956-630-3631

**FACSIMILE TRANSMISSION COVER SHEET**

To: _Javier Villarreal_  Fax Number: _956-550-0877_
Re: _Mendoza v. Con-Way_
From: _Ted Rodriguez, Jr._  File Number: _____
Message: _____

Operator: _Phyllis Kirk_  Date: _1/11/05_

This transmission consists of __3__ pages, including this page.
___ Original Will Follow   _X_ Original Will Not Follow

IMPORTANT: This information contained in this facsimile is confidential. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.
If you have received this facsimile in error please immediately notify us by telephone, and return the original message to us at the addresses above via the U.S. Postal Service. In the event the enclosed document is received incomplete, please contact our office. Thank you.