## AFFIDAVIT

THE STATE § 
§ 
OF OREGON §

BEFORE ME, the undersigned, who after being duly sworn, deposed and stated the following:

"My name is Karyn Vorwaller. I am over the age of eighteen (18). I have knowledge of the facts stated herein and am competent to make this Affidavit.

I am the Casualty Claim Supervisor that oversees casualty claims for Con-Way Now, Inc. Con-Way Now, Inc. has its principal place of business located in Ann Arbor, Michigan. Con-Way Now, Inc. does not have any facilities in Texas. The corporate representative with the most knowledge of matters identified in Plaintiff Mayorga's Notice of Oral Deposition of the Corporate Representative for Con-Way Now, Inc. resides and works in Ann Arbor, Michigan. Ann Arbor, Michigan is approximately 1,700 miles from Brownsville, Texas. It would take one (1) day of travel, one (1) day of deposition and one (1) day of return travel for this corporate representative to travel to Brownsville, Texas. In addition to the great expense, Con-Way Now, Inc.'s Executive employee will be required to miss at least three (3) days of work. January, February, and March are critical months because of all the truck hauling that is done after the holidays and bad weather that is encountered during this time. The designated corporate representative's schedule is booked through the end of February. It would be extremely burdensome to require this designated Executive to make a three (3) day trip to Texas during this critical time period for a deposition that will likely last only a few hours."



Exh 3

Further Affiant sayeth not.

_Karyn Vorwaller_
Karyn Vorwaller

SWORN TO AND SUBSCRIBED BEFORE ME, on this 14th day of January, 2005.

_Debbie Fippe_
Notary Public, In and for the
State of Oregon

My Commission Expires: 4/15/08



OFFICIAL SEAL
DEBBIE FIPPE
NOTARY PUBLIC-OREGON
COMMISSION NO. 379727
MY COMMISSION EXPIRES APRIL 15, 2008