# Civil Courtroom Minutes



United States District Court
Southern District of Texas
FILED
JAN 24 2005
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic    ■ Levesque |
| DATE | 01 — 24 — 05 |
| TIME | 11:15 a.m. — 11:45 a.m. |
| CIVIL ACTION | B — 04 — 110 |
| STYLE | ANTONIO MAYORGA, ET AL.<br>*versus*<br>DARREL RAY CUSHENBERY, ET AL. |

DOCKET ENTRY

(HGT)  ■Initial Pre-Trial Hearing;   (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff:  Javier Villarreal
Attorney(s) for Defendant:  Ted Rodriguez, Jr.

Comments:

Court asked the parties to explain why they could not work out a "trite" discovery dispute, and why it was necessary to have this hearing.
**Def's counsel**: Mr. Rodriguez: Corporate representative is in Ann Arbor, MI. No facilities are in Texas. Last week deposition of individual, Darrel Cushenbery, was taken in OK. Corporate representative could not be present last week in OK. Believes he offered a telephonic deposition. Issue, in part, was whether Pl would want to depose corporate rep after having the driver qualification file for approximately two days. Def counsel says file was produced before 30 days had expired.
**Pl's counsel**: Mr. Villarreal: Pl asked for driver's qualification file in Sept. Def objected to providing this on October 20. He went to OK as a compromise, hoping he would also be able to depose the corp def. He would rather do a live deposition to determine truthfulness. Corp rep would be direct supervisor of the driver, and she keeps records pertaining to this driver. She is not just a custodian. Specifically, Pl is interested in the truthfulness of the driver's logs, how much his supervisor inquires into the logs and the corp duty to make sure they are maintained correctly, and safety policies, etc.
**Def's counsel rebuttal**: Pl's notice of deposition does not ask for anything concerning safety, and predominantly references the driver's qualifications file.
**Court**: Ordered the parties to attempt to come to an agreement, and reconvene before the Court at 1:30 p.m. today.
Parties notified the Court prior to 1:30 p.m. that they reached an agreement. Motion to Quash/for Protective Order w/drawn as moot.

1