# SEALED RECORD

DESCRIPTION OF CONTENTS: ① Cost of Service by Custodian of Medical Records

SEALED BY ORDER OF THE COURT

CASE NO. _____
INSTRUMENT NO. _____