IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA<br>Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-04-110 |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC.<br>Defendants. | §<br>§<br>§<br>§ | |

## AFFIDAVIT FOR ADMISSION OF BUSINESS RECORDS (MEDICAL RECORDS)

Before me, the undersigned authority, personally appeared _David Soukey_, who, being by me duly sworn, deposed as follows:

"My name is _David Soukey_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of HARLINGEN REGIONAL IMAGING. Attached hereto are _3_ pages of records from HARLINGEN REGIONAL IMAGING. These said pages of records are kept by HARLINGEN REGIONAL IMAGING in the regular course of business, and it was the regular course of business of HARLINGEN REGIONAL IMAGING for an employee or representative of HARLINGEN REGIONAL IMAGING, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the _24_ day of _August_, 2005.

JUANITA MONJARAZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-10-2007

_____
Notary Public, State of Texas