# SEALED RECORD

DESCRIPTION OF CONTENTS: ② Advancement of Business Records - Harlingen Pediatrics

SEALED BY ORDER OF THE COURT

CASE NO.
INSTRUMENT NO.