United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA<br>Plaintiff, | § § § § | CIVIL ACTION NO. B-04-110 |
| v. | § § | |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC.<br>Defendants. | § § § | |

## AFFIDAVIT OF COST OF SERVICE BY CUSTODIAN

BEFORE ME, the undersigned authority, on this day personally appeared Viola Cantu, who swore on oath that the following facts are true:

"My name is Viola Cantu. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

" I am the Custodian of Records for RUBEN PECHERO, M.D.. Attached hereto are billing records that provide an itemized statement of the service and the charge for the services that RUBEN PECHERO, M.D. provided to ANTONIO MAYORGA. The attached billing records are incorporated as a part of this affidavit."

" The attached records are kept by me in the regular course of business, and it was the regular course of business of RUBEN PECHERO, M.D. for an employee or representative with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

" The services provided were necessary and the amount charged for the service was reasonable at the time and place the services was provided."

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the 29 day of August, 2005.

CYNTHIA PAULIN
Notary Public, State of Texas
My Commission Expires
August 22, 2007

_____
Notary Public, State of Texas