# SEALED RECORD

DESCRIPTION OF CONTENTS:③ Cost of Service by Custodian of Labor Partnership.

SEALED BY ORDER OF THE COURT

CASE NO. B-04-110
INSTRUMENT NO.