United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND | § | |
| VICTORIANA MAYORGA | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-04-110 |
| | § | |
| v. | § | |
| | § | |
| DARREL RAY CUSHENBERY | § | |
| AND CON-WAY NOW, INC. | § | |
| Defendants. | § | |

### AFFIDAVIT FOR ADMISSION OF BUSINESS RECORDS (MEDICAL RECORDS)

Before me, the undersigned authority, personally appeared Viola Cantu, who, being by me duly sworn, deposed as follows:

"My name is Viola Cantu I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of RUBEN PECHERO, M.D.. Attached hereto are 1 pages of records from RUBEN PECHERO, M.D.. These said pages of records are kept by RUBEN PECHERO, M.D. in the regular course of business, and it was the regular course of business of RUBEN PECHERO, M.D. for an employee or representative of RUBEN PECHERO, M.D., with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the 29 day of August, 2005.

_____
Notary Public, State of Texas

CYNTHIA PAULIN
Notary Public, State of Texas
My Commission Expires
August 22, 2007