# SEALED RECORD

DESCRIPTION OF CONTENTS: ④ Admission of Business Records (medical Records Robert Pickens, M.D.)

SEALED BY ORDER OF THE COURT

CASE NO. B-04-110
INSTRUMENT NO. _____