# SEALED RECORD

DESCRIPTION OF CONTENTS: ③ Cost of Service by Custodian of Valley Comprehensive, P.A.

SEALED BY ORDER OF THE COURT

CASE NO. B-04-110
INSTRUMENT NO. ___