# SEALED RECORD

**SEALED BY ORDER OF THE COURT**

**DESCRIPTION OF CONTENTS:** Cost of Service by Custodian of Accident Injury, Pain etc.

**CASE NO.** B-04-110
**INSTRUMENT NO.** ___