```
                    United States District Court
                     Southern District of Texas
                              FILED

                          SEP 0 6 2005

                         Michael N. Milby
                          Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA<br>Plaintiff, | § § § § | |
| v. | § § § | CIVIL ACTION NO. B-04-110 |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC.<br>Defendants. | § § § § | |

### AFFIDAVIT OF COST OF SERVICE BY CUSTODIAN

BEFORE ME, the undersigned authority, on this day personally appeared _____, who swore on oath that the following facts are true:

"My name is _____. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

" I am the Custodian of Records for ENERGY SPINAL CENTER. Attached hereto are billing records that provide an itemized statement of the service and the charge for the services that ENERGY SPINAL CENTER provided to <u>ANTONIO MAYORGA</u>. The attached billing records are incorporated as a part of this affidavit."

" The attached records are kept by me in the regular course of business, and it was the regular course of business of ENERGY SPINAL CENTER for an employee or representative with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

" The services provided were necessary and the amount charged for the service was reasonable at the time and place the services was provided."

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the 10th day of August, 2005.

_____
Notary Public, State of Texas

```
CYNTHIA PAULIN
Notary Public State of Texas
   My Commission Expires
      August 22, 2007
```