# SEALED RECORD

DESCRIPTION OF CONTENTS: ① Cost of Service by Custodian Energy Spinel Center

SEALED BY ORDER OF THE COURT

CASE NO. B-04-110
INSTRUMENT NO. _____