# SEALED RECORD

DESCRIPTION OF CONTENTS: ⑧ Cert of Service by Custodian of records Rutherford M.D.

SEALED BY ORDER OF THE COURT

CASE NO. B-04-110
INSTRUMENT NO. _____