Aug 22 2005 9:00AM   HP LASERJET FAX                                                    p.4
Case 1:04-cv-00110   Document 20   Filed in TXSD on 09/06/2005   Page 1 of 1

United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA<br>Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-04-110 |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC.<br>Defendants. | § § § § | |

## AFFIDAVIT OF COST OF SERVICE BY CUSTODIAN

BEFORE ME, the undersigned authority, on this day personally appeared Jazmin Acosta who swore on oath that the following facts are true:

"My name is Jazmin Acosta, I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

"I am the Custodian of Records for DEE L. MARTINEZ, M.D. Attached hereto are billing records that provide an itemized statement of the service and the charge for the services that DEE L. MARTINEZ, M.D provided to ANTONIO MAYORGA. The attached billing records are incorporated as a part of this affidavit."

"The attached records are kept by me in the regular course of business, and it was the regular course of business of DEE L. MARTINEZ, M.D for an employee or representative with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

"The services provided were necessary and the amount charged for the service was reasonable at the time and place the services was provided."

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the ____ day of August, 2005.

YVETTE MARTINEZ
MY COMMISSION EXPIRES
JULY 8, 2009

_____
Notary Public, State of Texas