# SEALED RECORD

CASE NO. B-04-110

INSTRUMENT NO. _____

DESCRIPTION OF CONTENTS: Cost of Service by Custodian for hearing M.D.

SEALED BY ORDER OF THE COURT