# SEALED RECORD

DESCRIPTION OF CONTENTS: (1) Affidavit of cost of service by Custodian Ric Barbr

Valery Unerby

SEALED BY ORDER OF THE COURT

CASE NO. B-04-110
INSTRUMENT NO. _____