United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA Plaintiff, | § § § § | |
| | § | CIVIL ACTION NO. B-04-110 |
| v. | § § | |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC. Defendants. | § § § | |

### AFFIDAVIT FOR ADMISSION OF BUSINESS RECORDS (MEDICAL RECORDS)

Before me, the undersigned authority, personally appeared _Rosalia Cantu_, who, being by me duly sworn, deposed as follows:

"My name is _Rosalia Cantu_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of RIO GRANDE VALLEY IMAGING. Attached hereto are _17_ pages of records from RIO GRANDE VALLEY IMAGING. These said pages of records are kept by RIO GRANDE VALLEY IMAGING in the regular course of business, and it was the regular course of business of RIO GRANDE VALLEY IMAGING for an employee or representative of RIO GRANDE VALLEY IMAGING, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

_Rosalia Cantu_
Affiant

SWORN TO AND SUBSCRIBED before me on the _24_ day of _August, 2005_.

_Yolanda M. Cano_
Notary Public, State of Texas

YOLANDA M. CANO
MY COMMISSION EXPIRES
JULY 19, 2008