# SEALED RECORD

DESCRIPTION OF CONTENTS: (1) Camera of Business Records (Medical Records) of Rio Grande Valley Imaging

SEALED BY ORDER OF THE COURT

CASE NO. B-04-110
INSTRUMENT NO.