United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA<br>Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-04-110 |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC.<br>Defendants. | § § § | |

### AFFIDAVIT FOR ADMISSION OF BUSINESS RECORDS (MEDICAL RECORDS)

Before me, the undersigned authority, personally appeared _Sylvia Bernarde_ who, being by me duly sworn, deposed as follows:

"My name is _Sylvia Bernarde_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of Alejandro Betancourt, M.D.. Attached hereto are _3_ pages of records from Alejandro Betancourt, M.D.. These said pages of records are kept by Alejandro Betancourt, M.D. in the regular course of business, and it was the regular course of business of Alejandro Betancourt, M.D. for an employee or representative of Alejandro Betancourt, M.D., with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

_Sylvia Bernarde_
Affiant

SWORN TO AND SUBSCRIBED before me on the _24_ day of _August_, 2005.

MARY F. VASQUEZ
Notary Public, State of Texas
My Commission Expires
11-14-2005

_Mary F. Vasquez_
Notary Public, State of Texas