# SEALED RECORD

DESCRIPTION OF CONTENTS: (2) Admission of Business Records (medical Records) of Alejandro Betancourt, M.D.

SEALED BY ORDER OF THE COURT

CASE NO. B-04-110
INSTRUMENT NO. _____