United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. B-04-110 |
| | § | |
| v. | § | |
| | § | |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC. | § § | |
| Defendants. | § | |

## AFFIDAVIT FOR ADMISSION OF BUSINESS RECORDS (MEDICAL RECORDS)

Before me, the undersigned authority, personally appeared Cynthia Puente, who, being by me duly sworn, deposed as follows:

"My name is Cynthia Puente, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of ENERGY SPINAL CENTER. Attached hereto are 92 pages of records from ENERGY SPINAL CENTER. These said pages of records are kept by ENERGY SPINAL CENTER in the regular course of business, and it was the regular course of business of ENERGY SPINAL CENTER for an employee or representative of ENERGY SPINAL CENTER, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the 10th day of August, 2005.

_____
Notary Public, State of Texas

CYNTHIA PAULIN
Notary Public, State of Texas
My Commission Expires
August 22, 2007