# SEALED RECORD

DESCRIPTION OF CONTENTS: ③ Certified copies of Business Records (medical records) of Emergency Spinal Center

SEALED BY ORDER OF THE COURT

CASE NO. B-04-110
INSTRUMENT NO. ___