# SEALED RECORD

DESCRIPTION OF CONTENTS: (14) Certified Business Records (medical Records) of Accident Injury & Pain Center

SEALED BY ORDER OF THE COURT

CASE NO. B-04-110
INSTRUMENT NO. _____