IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

ANTONIO MAYORGA AND        §
VICTORIANA MAYORGA         §
        Plaintiff,         §          CIVIL ACTION NO. B-04-110
                           §
v.                         §
                           §
                           §
DARREL RAY CUSHENBERY       §
AND CON-WAY NOW, INC.       §
        Defendants.         §

## AFFIDAVIT FOR ADMISSION OF BUSINESS RECORDS (MEDICAL RECORDS)

Before me, the undersigned authority, personally appeared _Jose Valcarcel_, who, being by me duly sworn, deposed as follows:

"My name is _Jose Valcarcel_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of VALLEY COMPREHENSIVE, P.A.. Attached hereto are _5_ pages of records from VALLEY COMPREHENSIVE, P.A.. These said pages of records are kept by VALLEY COMPREHENSIVE, P.A. in the regular course of business, and it was the regular course of business of VALLEY COMPREHENSIVE, P.A. for an employee or representative of VALLEY COMPREHENSIVE, P.A., with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the _25th_ day of _August_, _2005_.

_Linda Limon_
Notary Public, State of Texas

LINDA LIMON
Notary Public, State of Texas
My Commission Expires
06-29-2009