# SEALED RECORD

DESCRIPTION OF CONTENTS: (5) Delivery of Business Records (medical Records) of Valley Comprehensive P-A.

SEALED BY ORDER OF THE COURT

CASE NO. _____
INSTRUMENT NO. _____