United States District Court
Southern District of Texas
FILED

SEP 0 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA<br>Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-04-110<br>JURY REQUESTED |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC.<br>Defendants. | § § § § | |

## AFFIDAVIT OF CUSTODIAN OF RECORDS FOR HERMAN'S WHOLESALE OPTICAL

Before me, the undersigned authority, personally appeared NISHME MASSO, who, being by me duly sworn, deposed as follows:

"My name is NISHME MASSO, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

1. I am the custodian of records and the manager of Herman's Wholesale Optical located at 2120 Price Road, Brownsville, Texas 78521.

2. On or about February 15, 2003, Mr. Antonio Mayorga placed an order for reading glasses at this store. Mr. Mayorga was informed that his order would be filled on February 19, 2003.

3. On February 19, 2003, Mr. Mayorga came to Herman's Wholesale Optical to pay his balance and pick up his glasses.

4. It is customary practice for our store to inform our customers to pick up their orders after 3 p.m. Herman's Wholesale Optical business hours are from 9 a.m. to 7 p.m."

_____
NISHME MASSO, MANAGER AND
CUSTODIAN OF RECORDS

SWORN TO AND SUBSCRIBED before me on the 15th day of August, 2005.

_____
Notary Public, State of Texas

CYNTHIA PAULIN
Notary Public, State of Texas
My Commission Expires
August 22, 2007