United States District Court
Southern District of Texas
FILED

SEP 07 2005

Michael N. Milby
Clerk of Court



Mr. Julio Cesar Pecina
Reg. No. 87897-179
Reeves County Detention Center
P O Box 1560
Pecos, TX 79772
CA B05-60    (9/7/05 R&R)