IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 6 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTONIO MAYORGA AND<br>VICTORIANA MAYORGA<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-110 |
| v. | §<br>§ | JURY REQUESTED |
| DARREL RAY CUSHENBERY<br>AND CON-WAY NOW, INC.<br>Defendants. | §<br>§<br>§ | |

## JOINT MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Plaintiffs, Antonio and Victoriana Mayorga and Defendants, Darreal Ray Cushenbery and Conway Now, Inc., in the above entitled and numbered action, by and through their attorneys of record, Javier Villarreal and Francisco Villarreal, and hereby make and file this their Joint Motion for Continuance and would show unto the court as follows:

I.

On or about October 19, 2004, this Honorable Court entered a Scheduling Order as follows: Dispositive Motions due on July 15, 2005; Joint pretrial order due on September 14, 2005; Docket Call and final pre-trial conference set for September 28, 2005; and Jury Selection set for October 12, 2005.

**II.**

A continuance is requested for at least sixty (60) days for the reasons set forth herein. Counsel have not yet completed all discovery and depositions in the instant case. Further, parties have not yet conducted mediation and would like to do so before proceeding to trial.

**III.**

All parties agree to this continuance. This continuance is sought so that justice may be done, and not for purposes of delay.

WHEREFORE, the Defendant respectfully prays that his motion be granted.

Respectfully submitted,

**LAW OFFICES OF JAVIER VILLARREAL, PLLC**
765 East 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 550-0888
Facsimile (956) 550-0877

By: _____
Javier Villarreal
State Bar No. 24028097
Federal ID No. 30384

By: _____
Francisco Villarreal
Garcia & Villarreal, L.L.P.
4311 North McColl Road
McAllen, Texas 78504
Tel. 956-630-0081
Fax. 956-630-3631
State Bar No. 00789706
Fed Id No. 20081

II.

A continuance is requested for at least sixty (60) days for the reasons set forth herein. Counsel have not yet completed all discovery and depositions in the instant case. Further, parties have not yet conducted mediation and would like to do so before proceeding to trial.

III.

All parties agree to this continuance. This continuance is sought so that justice may be done, and not for purposes of delay.

WHEREFORE, the Defendant respectfully prays that his motion be granted.

Respectfully submitted,

**LAW OFFICES OF JAVIER VILLARREAL, PLLC**
765 East 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 550-0888
Facsimile (956) 550-0877

By: _____
Javier Villarreal
State Bar No. 24028097
Federal ID No. 30384

By: _____
Francisco Villarreal
Garcia & Villarreal, L.L.P.
4311 North McColl Road
McAllen, Texas 78504
Tel. 956-630-0081
Fax. 956-630-3631
State Bar No. 00789706
Fed Id No. 20081