IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND<br>VICTORIANA MAYORGA<br>    Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-110 |
| v. | §<br>§ | |
| DARREL RAY CUSHENBERY<br>AND CON-WAY NOW, INC.<br>    Defendants. | §<br>§<br>§<br>§ | JURY REQUESTED |

## ORDER ON MOTION FOR CONTINUANCE

On this day came to be heard the foregoing Joint Motion for Continuance and after due consideration the same is hereby

_____ **(GRANTED)**, It is therefore ORDERED that the following dates on the scheduling order be continued to:

1. Joint pretrial order is due:          _____

2. Docket Call and Final Pretrial
   Conference is set for 1:30 p.m. on:   _____

3. Jury Selection is set for 9:00 a.m on: _____

_____ **(DENIED)**.

SIGNED this the \_\_\_\_\_ day of September, 2005

_____
U.S. DISTRICT JUDGE