IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

ANTONIO MAYORGA AND § 
VICTORIANA MAYORGA §
    Plaintiff, §        CIVIL ACTION NO. B-04-110
§
v. §
§        JURY REQUESTED
§
DARREL RAY CUSHENBERY §
AND CON-WAY NOW, INC. §
    Defendants. §

---

## ORDER ON MOTION FOR CONTINUANCE

On this day came to be heard the foregoing Joint Motion for Continuance and

after due consideration the same is hereby

_____✓__ (GRANTED), It is therefore ORDERED that the following dates on the

scheduling order be continued to:

    1.    Joint pretrial order is due:    November 14, 2005

    2.    Docket Call and Final Pretrial
        Conference is set for 1:30 p.m. on:    November 29, 2005

    3.    Jury Selection is set for 9:00 a.m on:    December 5, 2005

_____ (DENIED).

SIGNED this the __14__ day of September, 2005

_____
U.S. DISTRICT JUDGE