IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 28 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA, Plaintiffs | § § § § | |
| v. | § § | Civil Action NO. 04-110 |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC., Defendants | § § § § | |

### ORDER

BE IT REMEMBERED that on November 28, 2005, the Court **ORDERED** the parties to appear on Tuesday, November 29, 2005 at 1:30 p.m. for final pretrial conference unless notice of settlement signed by all counsel is submitted by 10:00 a.m. on November 29, 2005.

Counsel is admonished to refer to and comply with Chamber Rules which require immediate written notification of the court upon settlement of a case set for conference or hearing. Chamber R. 31(A), (B)(1).

DONE this 28th day of November, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge