IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 29 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTONIO MAYORGA AND | § | |
| VICTORIANA MAYORGA | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-04-110 |
| | § | |
| v. | § | |
| | § | |
| DARREL RAY CUSHENBERY | § | |
| AND CON-WAY NOW, INC. | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs and Defendants hereby notify the Court that they have reached a full and final settlement of all of Plaintiffs' claims in this lawsuit. Therefore, Plaintiff and Defendants would respectfully request that this lawsuit be removed from this Court's trial docket. Plaintiffs and Defendant would further request that the final pretrial conference, which has been previously set for November 29, 2005 at 1:30 p.m. be canceled. Plaintiffs and Defendant would further request that jury selection, which has been previously set for December 5, 2005 at 9:00 a.m. be canceled.

Respectfully Submitted,

**LAW OFFICES OF JAVIER VILLARREAL, PLLC**
765 East 7th Street, Suite A
Brownsville, Texas 78520
Phone: 956-550-0888
Fax: 956-550-0877

BY: _/s/ Javier Villarreal_
Javier Villarreal
State Bar No. 24028097
Federal Bar No. 30384

**ATTORNEY FOR PLAINTIFFS**

Respectfully Submitted,

**GARCIA & VILLARREAL, L.L.P.**

By: _____
Francisco Villarreal
Garcia & Villarreal, L.L.P.
4311 North McColl Road
McAllen, Texas 78504
Tel. 956-630-0081
Fax. 956-630-3631
State Bar No. 00789706
Fed Id No. 20081

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was forwarded in the manner described below to the following interested parties on this the 28TH day of November, 2005

### Via Facsimile (956) 630-3631

Francisco Villarreal
Garcia & Villarreal, L.L.P.
4311 North McColl Road
McAllen, Texas 78504
Attorney for Defendant

_____
Javier Villarreal
Attorney for Plaintiff