United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO MAYORGA AND VICTORIANA MAYORGA, Plaintiffs | § § § § | |
| v. | § § | Civil Action NO. 04-110 |
| DARREL RAY CUSHENBERY AND CON-WAY NOW, INC., Defendants | § § § § | |

## ORDER

BE IT REMEMBERED that on November 29, 2005, the Court **DISMISSED** the above styled case **WITH PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties submitted a Notice of Settlement on November 29, 2005 [Dkt. No. 32]. The district clerk is instructed to close the case at this time.

DONE this 8th day of December, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge